UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARTHUR SHAHUMYAN,

                Petitioner,

   -against-

JOHN DONELLI,
Superintendent, Orleans Correctional Facility,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV-2821 (ARR)

    An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 19, 2006, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claims; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of the petitioner's claims.

Dated: Brooklyn, New York
        January 20, 2006

                                                                      ROBERT C. HEINEMANN
                                                                       Clerk of Court